UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Kisha Freeman v. Bayer Corporation et al* | No. 10-cv-11075-DRH |
| *Angela Gibson v. Bayer Corporation et al* | No. 10-cv-10621-DRH |
| *Micah Glenn v. Bayer Corporation et al* | No. 10-cv-10567-DRH |
| *Cecilia Gonzalez v. Bayer Corporation et al* | No. 10-cv-11743-DRH |
| *Jenhea Gonzalez v. Bayer Corporation et al* | No. 10-cv-11793-DRH |
| *Bobbi Jo Goodwin v. Bayer Corporation et al* | No. 12-cv-10977-DRH |
| *Jordan Greear v. Bayer Corporation et al* | No. 11-cv-11251-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on July 23, 2014, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

JUSTINE FLANAGAN,

ACTING CLERK OF COURT

BY:   /s/*Caitlin Fischer*
Deputy Clerk

**Dated:** July 23, 2014

Digitally signed by
David R. Herndon
Date: 2014.07.23
14:16:47 -05'00'

**APPROVED:**
**CHIEF JUDGE**
**U. S. DISTRICT COURT**